## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : |
|  | : Civil Action No. |
|  | : 1:05 CV 02051 (RWR) |
| SCOTT GERSHON, PAUL CIFALDI, NEIL SILVER, and ROBERT DAVIS, | : |
| Defendants. | : |

## NOTICE OF FILING

Plaintiff Securities and Exchange Commission ("SEC" or "Commission") hereby files certain Amended documents, as set forth below, in the above-captioned matter. Said documents are amended versions of those originally filed with this Court together with the Complaint, and other Consents and proposed Final Judgments (for defendants Neil Silver and Robert Davis), which do not need to be amended.

The following Consents and proposed Judgments need to be amended in order to correct scrivener's errors, and should replace the documents originally filed as to Defendants Scott Gershon and Paul Cifaldi. Counsel for Defendant Gershon, and Defendant Cifaldi (who is pro se), have no objections to the filing of these amended documents. The Amended documents are as follows:

(1)    Amended Consent of Defendant Scott Gershon (changes to paragraphs 2(e) and (f));

(2)    Amended Final Judgment as to Defendant Scott Gershon (changes to paragraphs V and VI);

(3)    Amended Consent of Defendant Paul Cifaldi (changes to paragraphs 2(e) and (f));

(4)    Amended Final Judgment as to Defendant Paul Cifaldi (changes to paragraphs V and VI).

Dated:  October 20, 2005

Respectfully submitted,

*Kathleen Ford* /ca

Kathleen Ford
Assistant Chief Litigation Counsel
Attorney for the Plaintiff Securities
and Exchange Commission
44 Montgomery Street, 26th Floor
San Francisco, CA 94104
415-705-2500
415-705-2501 (facsimile)
fordka@sec.gov

Of Counsel:

Paul Berger
Mark Kreitman
James D. Fielder
Charles C. Davis, Jr.

<u>Certificate of Service</u>

I hereby certify that true and correct copies of the foregoing have been forwarded by overnight delivery to the following:

Scott Gershon
c/o Brad Gucciardo, Esq.
Scarlett & Associates, P.A.
7700 Congress Avenue  Suite 3215
Boca Raton, FL  33487


Paul Cifaldi-pro se
17175 Golf Pine Circle
Wellington, FL  33414


Neil Silver
c/o David R. Chase, Esq.
Wachovia Center Penthouse
1909 Tyler Street
Hollywood, FL  33020


Robert Davis
c/o Allan M. Lerner, Esq.
Law Offices of Allan M. Lerner, P.A.
2888 East Oakland Park Boulevard
Fort Lauderdale, FL  33306


Charles Davis